UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:24-cv-02777-DC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SGT. SAAVEDRA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants have filed an answer to the complaint. It is hereby ORDERED that, within 21 days of the date of this order, defendants shall file an opposition or statement of non-opposition to plaintiff's motions regarding preservation of evidence, ECF Nos. 7 and 8.

Dated: December 2, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1